1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  RYAN BRICKER (State Bar No. 269100)
   Eighth Floor, Two Embarcadero Center
3  San Francisco, California  94111
   Telephone:   (415) 576-0200
4  Facsimile:    (415) 576-0300
   Email:         gilchrist@kilpatricktownsend.com
5                     rbricker@kilpatricktownsend.com

6  Attorneys for Plaintiff
   PATAGONIA, INC.

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRATAGONIA LLC,<br><br>　　　　Defendant. | Case No. 2:15-cv-3089<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND DILUTION**<br><br>**JURY TRIAL DEMAND** |

This lawsuit seeks to stop Fratagonia LLC ("Fratagonia") from misusing and trading on Patagonia, Inc.'s ("Patagonia") brand name, reputation and goodwill. Fratagonia has sought and obtained a federal trademark registration for "Fratagonia" and is conducting business through its website, fratagonia.net, to offer for sale clothes, hats and stickers bearing a "Fratagonia" logo that mimics Patagonia's famous trademark and logo. To stop this conduct, Patagonia alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Patagonia is a California Corporation headquartered at 259 West Santa Clara Street, Ventura, California 93001. Patagonia has been designing, developing, and marketing clothing for more than forty years. Today, Patagonia and the

1  PATAGONIA® brand are famous around the world for innovative designs, quality
2  products, and environmental and corporate responsibility.

3      2.    Fratagonia LLC is a limited liability company incorporated in
4  New York and, Patagonia is informed and believes, is headquartered at 350 West
5  43rd Street, Apt. 35E, New York, New York 10036.  It is selling clothes, hats and
6  stickers and devotes sections of its site to the Fratagonia "network" and
7  "opportunity."

8      3.    Patagonia's claims arise under the Trademark Act of 1946 (the
9  Lanham Act), as amended by the Trademark Dilution Revision Act of 2006 (15
10 U.S.C. §§ 1051, *et seq.*).  This Court has jurisdiction over such claims pursuant to
11 28 U.S.C. §§ 1338(a) and 1338(b) (trademark and unfair competition), 28 U.S.C.
12 § 1331 (federal question) and 15 U.S.C. § 1121 (Lanham Act).

13     4.    This Court has personal jurisdiction over Fratagonia because
14 Fratagonia has purposefully availed itself of the privilege of doing business in this
15 district.  Patagonia is informed and believes that Fratagonia owns and operates an
16 interactive website that is accessible by Internet users in this district and offers its
17 services and products to residents of California and this judicial district.  The
18 infringing products that Fratagonia advertises and offers, and makes available to
19 purchasers through its website, are capable of being ordered by and shipped to
20 purchasers in California and, Patagonia is informed and believes, Fratagonia has
21 made sales in California and this judicial District, and has delivered its products
22 there.

23     5.    Venue is proper in this Court under 28 U.S.C. § 1391(b) because,
24 Patagonia is informed and believes, Fratagonia transacts business in this district and
25 a substantial part of the events giving rise to the claims asserted arose in this district.
26 / / /
27 / / /
28 / / /



COMPLAINT
CASE NO. 2:15-cv-3089

- 2 -

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

**The History of Patagonia**

6. Yvon Chouinard started Patagonia in the late 1960's to design and sell climbing clothes and other active sportswear. He adopted "PATAGONIA" to differentiate the business from another family business that designed and manufactured climbing gear and tools. Patagonia was chosen as the trademark to call to mind romantic visions of glaciers tumbling into fjords, jagged windswept peaks, gauchos and condors. Since at least 1973, the PATAGONIA® brand has appeared on a label inspired by a silhouette of the jagged peaks of Mt. Fitz Roy skyline framed by a stormy sky.

7. In the more than forty years since Patagonia's business started, PATAGONIA® has become one of the most identifiable brands in the world. Its products sold under the PATAGONIA® brand now include a range of active sportswear, including products designed for climbing, skiing and snowboarding, surfing, fly fishing, and trail running, which are sold around the world. It also sells PATAGONIA® gear and backpacks, food products and provisions and outfits babies and toddlers as well as teens and adults.

8. Over the years, Patagonia has earned accolades for every aspect of its business. Its products have won numerous awards for their technical merit, including most recently, Outside Magazine's Gear of the Year in 2014 and 2015; the National Geographic Adventure Blog "Gear of the Year" award in 2010, 2013 and 2014 and the Editor's Choice and Top Pick awards from OutdoorGearLab. In 2015, Yvon Chouinard, Patagonia's founder, was inducted into the American Marketing Association Marketing Hall of Fame.

9. Patagonia also has won numerous awards and certifications for its business initiatives, including receiving the Sustainable Business Counsel's first "Lifetime Achievement Award." In 1996, with an increased awareness of the dangers of pesticide use and synthetic fertilizers used in conventional cotton



COMPLAINT
CASE NO. 2:15-cv-3089

- 3 -

growing, Patagonia began the exclusive use of organically grown cotton and has continued that use for nearly twenty years. It was a founding member of the Fair Labor Association, which is an independent multi-stakeholder verification and training organization that audits apparel factories. Additionally, since 1985 Patagonia has pledged 1% of sales to grassroots environmental groups to preserve and restore our natural environment, donating more than $46 million. In 2002, Patagonia's founder Yvon Chouinard, along with others, created a non-profit called 1% For the Planet to encourage other businesses to do the same. Today, more than 1,200 member companies have donated more than $100 million to more than 3,300 nonprofits through 1% For the Planet. In 2012, Patagonia became one of California's first B Corporations, ensuring Patagonia could codify into its corporate charter consideration of its workers, community, and the environment.

**The PATAGONIA Trademark**

10. Patagonia owns numerous registrations for and including the PATAGONIA trademark for a wide ranging assortment of products. Among these are the following U.S. trademark registrations for its PATAGONIA trademark:

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| **PATAGONIA** | 1189402/ February 9, 1982 | Men's and Women's Clothing-Namely, Sweaters, Rugby Shirts, Walking Shorts, Trousers, Jackets, Mittens, Hoods and Rainwear. | 08/1974 |
| patagonia | 1294523/ September 11, 1984 | Men's, Women's and Children's Clothing-Namely, Jackets, Pants, Vests, Gloves, Pullovers, Cardigans, Socks, Sweaters, Underwear, Shirts, Shorts, Skirts and Belts | 08/1974-1981 |

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| patagonia (logo) | 1775623/ June 8, 1993 | Luggage back packs, and all-purpose sports bags | 08/1988 |
| **PATAGONIA** | 1811334/ December 14, 1993 | Luggage, back packs, fanny packs and all-purpose sport bags, footwear, ski bags and ski gloves | 08/1990 |
| **PATAGONIA** | 2260188/ July 13, 1999 | Computerized on-line ordering activities in the field of clothing and accessories; Providing information in the field of technical clothing and accessories for use in recreational, sporting and leisure activities; providing information in the field of existing and evolving environmental issues | 10/1995 |
| **PATAGONIA.COM** | 2392685/ October 10, 2000 | On-line retail store and mail order services featuring technical clothing, footwear, and accessories; Computer services in the nature of on-line information related to the environment and clothing | 10/1995 |
| **PATAGONIA** | 2662619/ December 17, 2002 | Retail store services featuring clothing, footwear, luggage and a wide variety of sporting goods and accessories | 06/1986 |

/ / /

/ / /

/ / /



COMPLAINT
CASE NO. 2:15-cv-3089

- 5 -

1   These registrations and applications for the PATAGONIA mark are in full force and
2   effect.  The Registrations have become incontestable under 15 U.S.C. § 1065.
3   Collectively, these marks, Patagonia's other registered trademarks, and its common
4   law marks are referred to as the "PATAGONIA trademark."
5         11.   The PATAGONIA trademark is registered in ninety countries, it is
6   distinctive, arbitrary and fanciful, and is entitled to the broadest scope of protection.
7         12.   For many years prior to the events giving rise to this Complaint and
8   continuing to the present, Patagonia annually has spent enormous amounts of time,
9   money, and effort advertising and promoting the products on which its
10  PATAGONIA trademark is used.  PATAGONIA® brand products are advertised in
11  print and on the Internet.  In addition to advertising by Patagonia, the PATAGONIA
12  trademark is also advertised and promoted and presented at point of sale by
13  numerous retailers.  Consumers, accordingly, are exposed to the PATAGONIA
14  trademark in a variety of shopping and post-sale contexts.
15        13.   Patagonia has sold its PATAGONIA® brand products all over the
16  world, including throughout the United States and in California.  Through its
17  promotion and investment in its brand and extensive sales, publicity, awards and
18  leadership in sustainable sourcing practices, Patagonia has acquired enormous
19  goodwill in its PATAGONIA trademark.  The PATAGONIA trademark is famous
20  within the meaning of the Trademark Dilution Revision Act, enjoys strong
21  consumer recognition, and is recognized around the world and throughout the
22  United States by consumers as signifying high quality products made by a
23  responsible company.
24  **Fratagonia's Infringement of Patagonia's Trademark Rights**
25        14.   Patagonia is informed and believes that, in 2014, long after the
26  PATAGONIA trademark became famous, Fratagonia started and continues to
27  market and sell a line of products under the brand name FRATAGONIA and to
28  identify its retail services with the trademark FRATAGONIA.  Fratagonia sells its



COMPLAINT
CASE NO. 2:15-cv-3089

- 6 -

products through its website, www.fratagonia.net, and offers to deliver its products throughout the United States. It is seeking to enlist partners to market and sell FRATAGONIA products. Its website solicits as follows: "In our endless pursuit of unadulterated fun, Fratagonia is looking for Ambassadors to promote our brand and run operations at college campuses across the country. With a variety of options for involvement, ambassadors have the opportunity to gain valuable business experience and can earn a percentage of the sales from their school while contributing to the Fratagonia inventory and spreading the Fratagonia image. On top of that, our Ambassadors get exclusive access to Fratagonia promotions and events around the country. Get involved with a sweet startup, build your resume, and literally get paid to look awesome."

15. On January 13, 2015, the United States Patent and Trademark Office issued Registration No. 4671052 for the FRATAGONIA trademark for the following services: "On-line retail store services featuring new and used clothing, clothing accessories, drinkware, home decor, and decorative art; Retail store services featuring new and used clothing, clothing accessories, drinkware, home decor, and decorative art; Second hand dealerships featuring new and used clothing, clothing accessories, drinkware, home decor, and decorative art."

16. Fratagonia's selling site advertises the following products which were the object of a test purchase by Patagonia to confirm its information and belief that Fratagonia sells its products within the jurisdiction:

**Fratagonia Product Photos**







17. Fratagonia also sells items bearing other renditions of its mark, and markets its services under a FRATAGONIA logo:

/ / /

/ / /

/ / /

/ / /



COMPLAINT
CASE NO. 2:15-cv-3089

- 8 -



18. As a result of its popularity and familiarity with college students, the PATAGONIA brand has become associated with the term "Fratagonia." In fact, as far back as 2005, the Urban Dictionary reported a top definition for Fratagonia as: "Nickname for Patagonia fleeces that are largely worn by fraternity brothers." While Patagonia has never sought to popularize this term, other parties, in addition to Fratagonia, have tried to capitalize on Patagonia's goodwill and this "nickname" by producing products under a Fratagonia designation, requiring Patagonia to protect its famous trademark and consumer goodwill by seeking agreements that sales of this type will stop. For example, Patagonia has sent cease and desist letters to sellers of the following product:

/ / /

/ / /



19. Fratagonia's use of its mark has caused or will cause a likelihood of confusion among consumers regarding the source of FRATAGONIA products and whether Patagonia has sponsored, authorized, or is somehow affiliated with Fratagonia. This connection is even more likely as a result of Fratagonia's attempt to legitimize this association by seeking and obtaining a federal trademark registration, thus asserting a proprietary interest in the FRATAGONIA trademark. Patagonia, consequently, has no alternative but to protect its goodwill and famous trademark by obtaining an injunction against Fratagonia's further use of or maintenance of its registration for the FRATAGONIA trademark.

20. Patagonia is informed and believes that Fratagonia has manufactured, marketed and sold substantial quantities of products bearing the FRATAGONIA brand name and trademark, and has obtained and continues to profit from such sales.



COMPLAINT
CASE NO. 2:15-cv-3089

- 10 -

21. Fratagonia's actions have caused and will cause Patagonia irreparable harm for which money damages and other remedies are inadequate. Unless Fratagonia is restrained by this Court, it will continue and/or expand its illegal activities and otherwise continue to cause irreparable damage and injury to Patagonia by, among other things:

    a. Depriving Patagonia of its statutory rights to use and control use of its trademark;

    b. Creating a likelihood of confusion, mistake and deception among consumers and the trade as to the source of the infringing products;

    c. Causing the public falsely to associate Patagonia with Fratagonia and/or its products, or vice versa;

    d. Causing incalculable and irreparable damage to Patagonia's goodwill and diluting the capacity of its famous PATAGONIA trademark to differentiate its products from those of its competitors; and

    e. Causing Patagonia to lose sales of its genuine PATAGONIA products.

22. Accordingly, in addition to other relief, Patagonia is entitled to injunctive relief against Fratagonia and all persons acting in concert with it.

## FIRST CLAIM
## FEDERAL TRADEMARK INFRINGEMENT
### (15 U.S.C. §§ 1114-1117)

23. Patagonia realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 22 of this Complaint.

24. Fratagonia has used, in connection with the sale, offering for sale, distribution or advertising of its FRATAGONIA products and services, words and symbols that infringe upon Patagonia's PATAGONIA trademark.

/ / /

/ / /



COMPLAINT
CASE NO. 2:15-cv-3089

- 11 -

25. These acts of trademark infringement have been committed with the intent to cause confusion, mistake, or deception, and are in violation of 15 U.S.C. § 1114.

26. As a direct and proximate result of Fratagonia's conduct, Patagonia is entitled to recover Fratagonia's unlawful profits and Patagonia's damages, and treble the amount of its damages and Fratagonia's profits, and to an award of attorneys' fees under 15 U.S.C. §§ 1117(a).

27. Patagonia is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) that requires Fratagonia to stop use of its FRATAGONIA trademark and its use and ownership of the URL for www.fratagonia.net. Pursuant to 15 U.S.C. § 1119, Patagonia is entitled to cancellation of Fratagonia's registration for the FRATAGONIA trademark.

## SECOND CLAIM
## FEDERAL UNFAIR COMPETITION
### (False Designation of Origin and False Description)
### (15 U.S.C. § 1125(a))

28. Patagonia realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 27 of this Complaint.

29. Fratagonia's conduct as alleged in this Complaint constitutes the use of symbols or devices tending falsely to describe the infringing products, within the meaning of 15 U.S.C. § 1125(a)(1). Fratagonia's conduct is likely to cause confusion, mistake, or deception by or in the public as to the affiliation, connection, association, origin, sponsorship or approval of the infringing products to the detriment of Patagonia and in violation of 15 U.S.C. § 1125(a)(1).

30. As a direct and proximate result of Fratagonia's conduct, Patagonia is entitled to recover Fratagonia's unlawful profits and Patagonia's damages, and treble the amount of its damages and Fratagonia's profits, and to an award of attorneys' fees under 15 U.S.C. §§ 1117(a).



31. Patagonia is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) that requires Fratagonia to stop use of its FRATAGONIA trademark and its use and ownership of the URL for www.fratagonia.net. Pursuant to 15 U.S.C. § 1119, Patagonia is entitled to cancellation of Fratagonia's registration for the FRATAGONIA trademark.

## THIRD CLAIM

## FEDERAL DILUTION OF FAMOUS MARK

**(Trademark Dilution Revision Act of 2006, 15 U.S.C. § 1125(c))**

32. Patagonia realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 31 of this Complaint.

33. Patagonia's PATAGONIA trademark is distinctive and famous within the meaning of the Trademark Dilution Revision Act of 2006, 15 U.S.C. § 1125(c), and was famous prior to Fratagonia's adoption of the FRATAGONIA trademark.

34. Fratagonia's conduct is likely to cause dilution of Patagonia's PATAGONIA trademark by diminishing its distinctiveness in violation of the Trademark Dilution Revision Act of 2006, 15 U.S.C. § 1125(c).

35. As a direct and proximate result of Fratagonia's conduct, Patagonia is entitled to recover Fratagonia's unlawful profits and Patagonia's damages, and treble the amount of its damages and Fratagonia's profits, and to an award of attorneys' fees under 15 U.S.C. §§ 1116(a), 1117(a) and 1125(c).

36. Patagonia is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) and 1125(c) that requires Fratagonia to stop use of its FRATAGONIA trademark and its use and ownership of the URL for www.fratagonia.net. Pursuant to 15 U.S.C. § 1119, Patagonia is entitled to cancellation of Fratagonia's registration for the FRATAGONIA trademark.

/ / /

/ / /

/ / /



# PRAYER FOR JUDGMENT

WHEREFORE, Patagonia prays that this Court grant it the following relief:

37. Adjudge that Patagonia's trademark has been infringed by Fratagonia in violation of Patagonia's rights under 15 U.S.C. § 1114;

38. Adjudge that Fratagonia has competed unfairly with Patagonia in violation of Patagonia's rights under 15 U.S.C. § 1125(a);

39. Adjudge that Fratagonia's activities are likely to dilute Patagonia's famous PATAGONIA trademark in violation of Patagonia's rights under 15 U.S.C. § 1125(c);

40. Adjudge that Fratagonia and its agents, employees, attorneys, successors, assigns, affiliates, and joint ventures and any person(s) in active concert or participation with it, and/or any person(s) acting for, with, by, through or under it, be enjoined and restrained at first during the pendency of this action and thereafter permanently from:

    a. Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods or services that display any words or symbols that so resemble Patagonia's PATAGONIA trademark as to be likely to cause confusion, mistake or deception, on or in connection with any product that is not authorized by or for Patagonia, including without limitation any product or service that bears the FRATAGONIA mark or any other approximation of Patagonia's trademark;

    b. Using any word, term, name, symbol, device or combination thereof, including FRATAGONIA or www.fratagonia.net, that causes or is likely to cause confusion, mistake or deception as to the affiliation or association of Fratagonia or its products with Patagonia or as to the origin of Fratagonia's goods, or any false designation of origin, false or misleading description or representation of fact, or any false or misleading advertising; or likely dilution of the PATAGONIA trademark;



1         c.     Further infringing the rights of Patagonia in and to its
2 PATAGONIA® trademark, or otherwise damaging Patagonia's goodwill or
3 business reputation;
4         d.     Further diluting the famous PATAGONIA trademark;
5         e.     Otherwise competing unfairly with Patagonia in any manner; and
6         f.     Continuing to perform in any manner whatsoever any of the
7 other acts complained of in this Complaint;
8     41.     Order that United States Trademark Registration No. 4671052 shall be
9 canceled;
10     42.     Order that www.fratagonia.net shall be transferred to Patagonia;
11     43.     Adjudge that Fratagonia, within thirty (30) days after service of the
12 Court's judgment be required to file with this Court and serve upon Patagonia's
13 counsel a written report under oath setting forth in detail the manner in which it has
14 complied with the judgment;
15     44.     Adjudge that Patagonia recover from Fratagonia its damages and lost
16 profits, and Fratagonia's profits, in an amount to be proven at trial;
17     45.     Adjudge that Fratagonia be required to account for any profits that are
18 attributable to its illegal acts, and that Patagonia be awarded (1) Fratagonia's profits
19 and (2) all damages sustained by Patagonia, under 15 U.S.C. § 1117, plus
20 prejudgment interest;
21     46.     Adjudge that the amounts awarded to Patagonia pursuant to 15 U.S.C.
22 § 1117 shall be trebled;
23     47.     Adjudge that Patagonia be awarded its costs and disbursements
24 incurred in connection with this action, including Patagonia's reasonable attorneys'
25 fees and investigative expenses; and
26 / / /
27 / / /
28 / / /



COMPLAINT     - 15 -
CASE NO. 2:15-cv-3089

1    48.  Adjudge that all such other relief be awarded to Patagonia as this Court deems just and proper.

DATED: April 24, 2015           Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:  */s/ Gregory S. Gilchrist*
    GREGORY S. GILCHRIST
    RYAN BRICKER

Attorneys for Plaintiff
PATAGONIA, INC.



COMPLAINT
CASE NO. 2:15-cv-3089

- 16 -

## DEMAND FOR JURY TRIAL

Patagonia, Inc. demands that this action be tried to a jury.

DATED: April 24, 2015

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Gregory S. Gilchrist*
GREGORY S. GILCHRIST
RYAN BRICKER

Attorneys for Plaintiff
PATAGONIA, INC.



67217524V.1

COMPLAINT
CASE NO. 2:15-cv-3089

- 17 -